IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| HYUNDAI TRANSLEAD, INC. ) <br> *Ex rel.* the Estate of Trailer Source, Inc., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JACKSON TRUCK & TRAILER ) <br> REPAIR INC., *et al.*, ) <br> ) <br> Defendants/Counter-Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> HYUNDAI TRANSLEAD, INC., ) <br> ) <br> Counter-Defendant. ) | Case No. 3:04-cv-0582 <br> Judge Trauger |

### ORDER

For the reasons expressed in the accompanying Memorandum, the Motion for Determination filed by defendants Jackson Truck & Trailer Repair, Inc., James A. Harrell, and Raleigh J. Williams (Docket No. 108) is **DENIED**. The Motion to Strike filed by plaintiff Hyundai Translead, Inc. (Docket No. 114) is **GRANTED**.

It is so Ordered.

Entered this 4th day of December 2009.

ALETA A. TRAUGER
United States District Judge