IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| HYUNDAI TRANSLEAD, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:04-0582 |
| ) | Judge Trauger |
| JACKSON TRUCK & TRAILER REPAIR, INC., ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |

## O R D E R

It is hereby ORDERED that the parties shall file a supplemental joint mediation report by July 30, 2010.

It is so **ORDERED**.

ENTER this 7th day of May 2010.

_____
ALETA A. TRAUGER
U.S. District Judge