### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| HYUNDAI TRANSLEAD, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:04-0582 |
| ) | Judge Trauger |
| JACKSON TRUCK & TRAILER REPAIR, INC., ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |

## O R D E R

The court appreciates the efforts of the parties as reflected in the Joint Mediation Report filed July 28, 2010 (Docket No. 137). It is hereby **ORDERED** that the parties shall file a supplemental joint mediation report by September 10, 2010 that reveals their further efforts toward scheduling a mediation.

It is so **ORDERED**.

ENTER this 29th day of July 2010.

_____
ALETA A. TRAUGER
U.S. District Judge