Motion GRANTED.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| HYUNDAI TRANSLEAD, INC., *Ex rel.* the Estate of Trailer Source, Inc., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| JACKSON TRUCK & TRAILER REPAIR, INC., *et al.*, | ) ) ) | No. 3:04-0582 Judge Trauger JURY DEMAND |
| Defendants, Counter-Plaintiffs, | ) ) | |
| v. | ) ) | |
| HYUNDAI TRANSLEAD, INC., In its Individual Capacity, | ) ) ) | |
| Counter-Defendant. | ) | |

**JOINT MOTION TO EXTEND
EXPERT DISCLOSURE DEADLINES**

Plaintiff Hyundai Translead, Inc. ex rel. the Estate of Trailer Source, Inc. ("Hyundai") and Defendants James A. Harrell and Raleigh J. Williams hereby move this Court for an Order extending Defendants' expert disclosure deadline From September 2, 2011 up through and including September 30, 2011. In support of this motion the parties would show the Court as follows:

1. All parties are agreeable to an extension of the deadline in order to accommodate the schedules of counsel and the designated Rule 30(b)(6) witness for Hyundai and the Trailer Source estate. Defendants noticed those depositions for August 23, and August 24, respectively, but both counsel and the designee have a conflict with those dates and are unavailable for deposition until into September. Accordingly, if Defendants' were to accommodate Hyundai's